# In the United States Court of Federal Claims

No. 05-1105T

(Filed: June 12, 2006)

```
**************************************** *
                                         *
EVENLINK, LLC                            *
                                         *
                    Plaintiff,           *
                                         *
v.                                       *
                                         *
THE UNITED STATES,                       *
                                         *
                    Defendant.           *
                                         *
**************************************** *
```

ORDER

On June 12, 2006, the Court conducted a telephonic conference with counsel for the parties to discuss the status of the case and a schedule for future proceedings. As agreed during the conference, the following schedule shall govern:

1. This case is hereby STAYED until fourteen days following the resolution by this Court of any of the related cases identified by counsel as: XO Communications, Inc. v. United States, Fed. Cl. No. 03-2754T (2003); Comcation, Inc. v. United States, Fed. Cl. No. 05-515T (2005); and USA Choice Internet Service, Inc. v. United States, Fed. Cl. No. 05-525T (2005);

2. The parties shall file a Joint Status Report with the Court describing the progress of the above-referenced cases on or before August 1, 2006;

3. Thereafter, the parties shall file additional Joint Status Reports on the first calendar day of every second month for the duration of the stay;

4. The parties for good cause shown may apply for a continuation of the stay to await a decision in another of these named cases, or to obtain an appellate ruling from the United States Court of Appeals for the Federal Circuit.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge