IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1105 T
(JUDGE WHEELER)

EVENLINK, LLC

Plaintiff

v.

THE UNITED STATES,

Defendant

SUPPLEMENTAL JOINT STATUS REPORT

Pursuant to the Court's scheduling order in the above-referenced matter, requesting a Joint Status Report on the status of *XO*, *Comcation* and *USA Choice* every 60 days beginning August 1, 2006, the parties submit the following information:

In ***XO v. United States***, Fed. Cl. No. 03-2754 T (2003), the Plaintiff and the United States have completed discovery. The discovery accomplished includes initial disclosures by the parties, including plaintiff's disclosures of information in support of its claim for refund (such as invoices, filings, etc.), and plaintiff's responses to defendant's interrogatories and requests for production of documents. In addition, the parties in *XO* have filed cross-motions for summary judgment on the "Dial Access" issue, which is substantially similar to the issue involved in this action. In addition, Judge Williams has conducted an expert witness hearing on the "Dial Access" issue and the parties subsequently submitted supplemental briefs.

In ***Comcation v. United States***, Fed. Cl. No. 05-515 T (2005), the Plaintiff and the United States have completed discovery. The discovery accomplished includes initial disclosures by the parties, including plaintiff's disclosures of information in support of its claim for refund (such as invoices, filings, etc.), and plaintiff's responses to defendant's interrogatories and requests for production of documents. In addition, trial is set for this case on September 11, 2006. All of Plaintiff and Defendant's pre-trial briefs and filings have been completed, and a pre-trial conference is set for August 28, 2006.

In ***USA Choice v. United States***, Fed. Cl. No. 05-525 T (2005), the Plaintiff and the United States have completed discovery. The discovery accomplished includes initial disclosures by the parties, including plaintiff's disclosures of information in support of its claim for refund (such as invoices, filings, etc.), and plaintiff's responses to defendant's interrogatories and requests for production of documents. In addition, the trial for this case was held on July 11, 2006. The parties' post-trial opening brief is due August 25, 2006; the parties' closing brief is due September 13, 2006; and the parties' closing arguments are scheduled for September 22, 2006.

Respectfully submitted,

July 24, 2006
Date

s/Anthony C. Gulotta

Anthony C. Gulotta, Esquire
PA Atty. ID #82081
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com

Attorney for Plaintiff

| | |
|---|---|
| August 1, 2006<br>Date | s/G. Robson Stewart<br>G. ROBSON STEWART<br>Attorney of Record<br>U.S. Department of Justice<br>Tax Division<br>Court of Federal Claims Section<br>Post Office Box 26<br>Ben Franklin Post Office<br>Washington, D.C. 20044<br>(202) 307-6493 |
| | EILEEN J. O'CONNOR<br>Assistant Attorney General<br>DAVID GUSTAFSON<br>Chief, Court of Federal Claims Section<br>STEVEN I. FRAHM<br>Assistant Chief |
| August 1, 2006<br>Date | s/Steven I. Frahm<br>Of Counsel |

Attorneys for Defendant