# In the United States Court of Federal Claims

No. 05-1105T

(Filed: November 30, 2006)

```
*************************************** *
                                        *
EVENLINK, LLC                           *
                                        *
                    Plaintiff,          *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant.          *
                                        *
*************************************** *
```

ORDER

On November 28, 2006, the parties filed a Supplemental Joint Status Report informing the Court of a decision in USA Choice Internet Service, Inc. v. United States, Fed. Cl. No. 05-525T (2005), and requesting an extension of the stay in the present case. For good cause shown, the parties request is GRANTED. Accordingly:

1. This case shall remain STAYED until fourteen days following the resolution by this Court of XO Communications, Inc. v. United States, Fed. Cl. No. 03-2754T (2003) or Comcation, Inc. v. United States, Fed. Cl. No. 05-515T (2005), whichever first occurs. The parties shall file a Joint Status Report with the Court regarding the progress of the Comcation case on or before February 1, 2007;

2. Thereafter, the parties shall file additional Joint Status Reports on the first calendar day of every second month for the duration of the stay;

3. The parties for good cause shown may apply for a continuation of the stay to await a decision in the other of the named cases, or to obtain an appellate ruling from the United States Court of Appeals for the Federal Circuit.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge