# In the United States Court of Federal Claims

No. 05-1105T

(Filed: October 2, 2007)

```
***************************************** *
                                          *
EVENLINK, LLC,                            *
                                          *
                    Plaintiff,            *
                                          *
 v.                                       *
                                          *
THE UNITED STATES,                        *
                                          *
                    Defendant.            *
                                          *
***************************************** *
```

ORDER

On August 23, 2007, counsel for the parties filed with the Court a Joint Status Report requesting an extension of the stay in the above-captioned case pending the decision of the Court of Appeals for the Federal Circuit in *USA Choice Internet Service, LLC v. United States*, 73 Fed. Cl. 780 (2006), *appeal pending*, No. 07-5077 (Fed. Cir. Feb 8, 2007) and resolution of *XO Communications v. United States*, Fed. Cl. No. 03-2754T (2003), a related case pending before this Court. At the Court's request, on September 21, 2007 counsel for the parties filed with the Court a Joint Stipulation in *XO Communications* with respect to two essential legal issues that have equal relevance to this case. For good cause shown, the parties' request is hereby GRANTED. All proceedings in this case shall be suspended until ten days after the Federal Circuit's decision in *USA Choice Internet Service, LLC v. United States*, at which point the parties shall file a Joint Status Report indicating how they wish to proceed.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge