IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1105 T
(JUDGE WHEELER)

EVENLINK, LLC

Plaintiff

v.

THE UNITED STATES,

Defendant

SUPPLEMENTAL JOINT STATUS REPORT

Pursuant to the Court's Order of October 2, 2007, the parties submit this Joint Status Report to recommend further proceedings in light of the Federal Circuit's decision in ***USA Choice Internet Services, LLC v. United States***.

On April 15, 2008, the United States Court of Appeals for the Federal Circuit issued a decision in ***USA Choice Internet Services, LLC v. United States,*** No. 2007-5077 (Fed. Cir. Apr. 15, 2008). The court held that USA Choice's incoming-only phone lines met the definition of "local phone service" in 26 U.S.C. §4252(a), and that none of the lines at issue fell within the "private communication service" exception at §4252(d). As such, USA Choice was denied relief.

Based on the outcome of ***USA Choice***, the parties anticipate that they will be able to agree to dismiss most of the amounts at issue in this case. The parties, however, must review the specific telephone lines purchased by Plaintiff to determine whether any of the lines fall within

any exceptions not covered by the decision in ***USA Choice***. Accordingly, the parties request an additional 120 days to complete this review, after which they will either dismiss the above-captioned matter or file a Joint Status Report.

Respectfully submitted,

April 25, 2008
Date

*s/Anthony C. Gulotta*
Anthony C. Gulotta, Esquire
PA Atty. ID #82081
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com

Attorney for Plaintiff

April 25, 2008
Date

*s/G. Robson Stewart*
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Steven I. Frahm
Assistant Chief

April 25, 2008
Date

*s/Steven I. Frahm*
Of Counsel

Attorneys for Defendant