# In the United States Court of Federal Claims

No. 05-1105T

(Filed: April 28, 2008)

*************************************** *
*
EVENLINK, LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

ORDER

On April 25, 2008, counsel for the parties filed with the Court a Joint Status Report requesting an extension of the existing stay for an additional 120 days, while they review the effect of the recent decision of the Court of Appeals for the Federal Circuit in *USA Choice Internet Service, LLC v. United States*, No. 07-5077 (Fed. Cir. April. 15, 2008) on the above-captioned case. For good cause shown, the parties' request is hereby GRANTED IN PART. All proceedings in this case shall be suspended for an additional 60 days, until June 30, 2008, at which point the parties shall file a Joint Status Report indicating how they wish to proceed.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge